IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| WALTER WALTZ,<br><br>                  Plaintiff,<br><br>v.<br><br>NATIONAL CAR CURE, LLC and PELICAN INVESTMENT HOLDINGS GROUP, LLC,<br><br>                  Defendants. | Case No. 1:21-cv-04326<br><br>Judge Charles R. Norgle |

### ORDER

     Plaintiff shall respond to Defendants' motion to dismiss [5] on or before October 1, 2021. Defendants may reply on or before October 15, 2021.

IT IS SO ORDERED.

                                                ENTER:

                                                _____
                                                CHARLES RONALD NORGLE, Judge
                                                United States District Court

DATE: September 14, 2021